UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
LORENZO VARGAS,

      Plaintiff,

  -against-

V BROTHERS INC. d/b/a TOWNHOUSE DINER,
STEVE VOUVOUDAKIS, and JOHN
VOUVOUDAKIS,

      Defendants.
------------------------------------------------------------------- X

22 Civ. 3254 (RA)(GWG)

~~(PROPOSED)~~ **JUDGMENT**

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Lorenzo Vargas on September 1, 2022; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Defendants V Brothers Inc. d/b/a Townhouse Diner, Steve Vouvoudakis, and John Vouvoudakis, jointly and severally, in the amount of $58,250.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this Action. The Clerk of Court is respectfully directed to close this case.

Dated: New York, New York

    September 2, 2022

                **SO ORDERED:**

                Hon. Ronnie Abrams
                United States District Judge